UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OZELLA WHITLOCK,

    Plaintiff,

v.

                              Case No. 2:25-cv-59-KCD

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

## ORDER

Before the Court is Defendant's Unopposed Motion for Remand. (Doc. 14.) The Commissioner believes that remand is appropriate for the Appeals Council to

> instruct the Administrative Law Judge to offer Plaintiff the opportunity for a hearing; give further consideration to Plaintiff's maximum residual functional capacity (RFC); if necessary, obtain supplemental vocational expert testimony based on Plaintiff's RFC; take any further action needed to complete the administrative record; and issue a new decision.

(*Id.* at 2.)

Under 42 U.S.C. § 405(g), the Court can enter judgment, reversing and remanding a social security case for rehearing. *See Shalala v. Schaefer*, 509 U.S. 292, 296-98 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 101-02 (1991). The Commissioner's request for remand is appropriate, and given Plaintiff's consent, it will be granted.

Accordingly, it is now **ORDERED**:

1. Defendant's Unopposed Motion for Remand (Doc. 14) is **GRANTED**.

2. The Commissioner's decision denying benefits is **REVERSED** and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

3. The Clerk is **DIRECTED** to enter judgment, terminate all deadlines, deny all pending motions as moot, and close the file.

**ORDERED** in Fort Myers, Florida on May 15, 2025.

Kyle C. Dudek
United States Magistrate Judge